UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § § | |
| **BRENDA FRANCISCA BANDA IZETA** § **aka Camila,** § § § | Case No. 4:25-CR-00283-2-S1 |
| **Defendant.** § | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
### (Harboring an Alien)

Beginning in or about January 2021, through on or about March 11, 2021, in the Houston Division of the Southern District of Texas and elsewhere, Defendant

**BRENDA FRANCISCA BANDA IZETA aka Camila**

knowing and in reckless disregard of the fact that an alien, namely, Victim 1, had come to, entered, and remained in the United States in violation of law, attempted to and did conceal, harbor, and shield Victim 1 from detection in buildings and other places, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

1

## NOTICE OF FORFEITURE

Pursuant to 8 U.S.C. § 1324(b)(1) and 18 U.S.C. § 982(a)(6), the United States gives notice to Defendant

**BRENDA FRANCISCA BANDA IZETA aka Camila**

that upon conviction of Count 1, the United States intends to seek forfeiture of:

(1) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the person is convicted; and

(2) any property, real or personal –

   a. that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted; or

   b. that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the person is convicted.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States intends to seek the imposition of a money judgment against the Defendant. The Defendant is notified that in the event that one or more conditions listed in 21 U.S.C. § 853(p) exists, the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment against him.

NICHOLAS J. GANJEI
United States Attorney

By: *Lauren M. Valenti*
Lauren Valenti
Assistant United States Attorney

A. TYSEN DUVA
Assistant Attorney General

By: _____
Matthew Thiman
Trial Attorney
United States Department of Justice